# EXHIBIT "A"

Filed In Office Jul-00-2010 10:36:44
IDH 2010-0106566-CV
Page 1

*Jay C. Stephenson*

Jay C. Stephenson
Clerk of Superior Court Cobb County

IN THE SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| TRACEY ANN SPRINKLE, | : | |
| Plaintiff, | : | CIVIL ACTION<br>FILE NUMBER: |
| | : | 08-1-2525-33 |
| v. | | |
| | : | Related to CAFN:<br>05-1-10056-33 |
| JAY PHILLIP GRUND, | : | |
| Defendant. | : | |

## ORDER

This Court entered an Order on June 16, 2009, ordering the Defendant to pay the amount of One Hundred Ninety-Five Thousand, Nine Hundred Forty-Eight Dollars and Seventy-Five Cents ($195, 948.75) in past due child support, the amount of Four Thousand Seven Hundred Seventy-Five Dollars ($4,775.00) as attorney's fees to be paid to Browning & Smith and the amount of Two Thousand Five Hundred Dollars ($2,500.00) as attorney's fees to F. Marian Weeks *instanter.*

The Court ordered that the Defendant be incarcerated in the common jail of Cobb County, Georgia and may purge himself by his full compliance of the order and his timely payment of the sums set out hereinabove.

The Court ordered that should the Defendant not comply with the order, the Sheriff of Cobb County is ORDERED to immediately arrest and incarcerate the Defendant in the common jail of Cobb County, Georgia until he has fully complied with the Order and paid all the purge payments.

The Defendant has not complied with the Order of this Court and has not paid

the amounts set out hereinabove.

The provisions cited above from the June 16, 2009 *Order for Motion on Contempt* entered in Civil Action File Number: 08-1-2525-33 related to Civil Action File Number: 05-1-10056-33, hereto attached as Exhibit "A", shall be deemed to constitute and an active arrest warrant, giving the Cobb County Sheriff's Office or the Sheriff's Office in the county where Jay Phillip Grund is located, authority to issue a warrant for the arrest of Jay Phillip Grund.

The Defendant shall be incarcerated in the common jail of Cobb County, Georgia and may purge himself by his full compliance of this Order by paying the full amount of One Hundred Seventy-Three Thousand Ninety Dollars and Forty-Three Cents ($173,090.43) as identified in Exhibit "B" attached hereto explaining the reduced amount owed by the Defendant, Jay Phillip Grund, to the Sheriff of Cobb County, State of Georgia.

SO ORDERED this ___ day of _____, 2010.

_____
JAMES G. BODIFORD, JUDGE
Cobb County Superior Court

Prepared by:

_____
P. Marian Weeks
Georgia State Bar Number 745675

367 Atlanta Street
Marietta, Georgia 30060
(770) 218-26000

ID# 2010-0106566-CV
Page 3
Filed In Office Jun-18-2009 11:06:57
COB 2009-0094641-CV
Page 1

*Jay C. Stephenson*
Jay C. Stephenson
Clerk of Superior Court Cobb County

## IN THE SUPERIOR COURT OF COBB COUNTY

### STATE OF GEORGIA

TRACEY ANN SPRINKLE,                    :

    Plaintiff,                                 :

v.                                                  :    CIVIL ACTION FILE NO.:
                                     08-1-2525-33

JAY PHILLIP GRUND,                      :
                                      Related to CAFN: 05-1-10056-33

    Defendant.                               :

### ORDER ON MOTION FOR CONTEMPT

The above styled came before the Court this 22nd day of April, 2009 on the Plaintiff's Motion for Contempt. The Plaintiff, TRACEY ANN SPRINKLE, and her counsel, F. MARIAN WEEKS, were present. The Defendant, JAY PHILLIP GRUND, did not appear, but was represented by his counsel, DOUGLAS DAVIS. Upon consideration of the evidence presented and arguments of counsel, the Court makes the following findings and orders, to-wit:

### Finding of Facts and Conclusions of Law

1.

The parties to this matter were divorced in the Superior Court of Cobb County, Georgia on October 1, 2000.

2.

Subsequently, the parties' Final Judgment and Decree of Divorce was modified by a the Superior Court of Cobb County, Georgia by Final Order dated February 18, 2007, *nunc pro tunc* June 28, 2006.

ORDER ON MOTION FOR CONTEMPT - Page 1

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE A TRUE AND CORRECT AND COMPLETE COPY OF THE ORIGINAL THAT APPEARS OF RECORD.

CASE No. 08-1-2525 IN THIS OFFICE
THIS 28 DAY OF June 20 10

DEPUTY CLERK COBB COUNTY
COURT, COBB COUNTY GEORGIA

**EXHIBIT**

A

3.

Pursuant to Paragraph 7 of the Settlement Agreement incorporated in the parties' Final Judgment and Decree of Divorce, the Defendant herein is required to provide Plaintiff with copies of his W-2 and tax returns on or before May 15th of each year no later than 30 days from the date said return was filed, which ever is earlier.

4.

Pursuant to Paragraph 3(d) of the Final Order dated February 18, 2007, *nunc pro tunc* June 28, 2006, Plaintiff was awarded $109,666.75 additional child support.

5.

Pursuant to Paragraph 4 of the Final Order dated February 18, 2007, *nunc pro tunc* June 28, 2006, Defendant was ordered to pay child support in the sum of $2,582.00 per month to Plaintiff.

6.

Pursuant to Paragraph 5 of the Final Order dated February 18, 2007, *nunc pro tunc* June 28, 2006, Defendant was ordered to pay $4,775.00 as attorney's fees, to be paid by Plaintiff directly to Browning & Smith, LLC, 31 Atlanta Street, Suite 201, Marietta, GA 30060.

7.

The Court finds that Defendant has failed to abide by paragraph 7 Settlement Agreement, filed October 2, 2000 in the Superior Court of Cobb County, Georgia in that the Defendant herein has failed and refused to provide Plaintiff with copies of his W-2 and tax returns on or before May 15th of each year no later than 30 days from the date said return was filed.

ORDER ON MOTION FOR CONTEMPT - Page 2

ID# 2009-0094641-CV
Page 3

8.

The Court finds that Defendant has failed to abide by paragraph 3(d) of the Final Order dated February 18, 2007, *nunc pro tunc* June 28, 2006, in the Superior Court of Cobb County, Georgia in that the Defendant herein has failed and refused to pay to Plaintiff the sum of $109,666.75 as additional child support.

9.

The Court finds that Defendant has failed to abide by paragraph 4 of the Final Order dated February 18, 2007, *nunc pro tunc* June 28, 2006, Defendant was ordered to pay child support in the sum of $2,582.00 per month to Plaintiff, and is presently in arrears in an additional amount of $86,282.00 as of April, 2009. The total child support arrearage is $195,948.75.

10.

The Court finds that Defendant has failed to abide by paragraph 5 of the Final Order dated February 18, 2007, *nunc pro tunc* June 28, 2006, in the Superior Court of Cobb County, Georgia in that the Defendant herein has failed and refused to pay $4,775.00 as attorney's fees to Browning & Smith, LLC, 31 Atlanta Street, Suite 201, Marietta, GA 30060.

**ORDER**

11.

**IT IS THEREFORE ORDERED** that Defendant is in willful contempt as to his child support obligation, is in willful contempt for failure to produce his W-2's and tax returns per the Court's Order, and is in willful contempt for his failure to pay attorney's fees to Browning & Smith, LLC as ordered.

ORDER ON MOTION FOR CONTEMPT - Page 3

ID# 2010-0106566-CV
Page 5

13

**IT IS FURTHER ORDERED** that Defendant pay to Plaintiff's attorney, F. Marian Weeks, attorney's fees for her representation of the Plaintiff in this matter in the amount of Two Thousand Five Hundred and No100 Dollars ($2,500.00), same to be paid instanter.

14.

The Defendant shall be incarcerated in the common jail of Cobb County, Georgia and may purge himself by his full compliance of this Order and the timely payment of the sums set out hereinabove   ~~In the event Defendant fails fully comply with this Order and/or fails to make the purge payments as set forth hereinabove,~~ the Sheriff of Cobb County is **ORDERED** to immediately arrest and incarcerate Defendant in the common jail of Cobb County, Georgia until he has fully complied with this Order and paid all the purge payments set forth hereinabove.

**SO ORDERED** this ___16th___ day of ___June_____, 2009.

_____
JAMES BODIFORD, Judge
Superior Court of Cobb County

Presented By:

_____
F. MARIAN WEEKS
Attorney for Plaintiff
State Bar of Georgia  No. 745675
367 Atlanta Street
Marietta, Georgia 30060

ORDER ON MOTION FOR CONTEMPT - Page 4

PAYOFF- Sprinkle 26/18/2010

| SPRINKLE Vs. GRUND | | | | Payoff and Interest Calculator* | | | |
|---|---|---|---|---|---|---|---|
| Payment | Date | Prin. Amount | Rate | FromDate | ToDate (today) | Per Diem | Int. Due |
| | | $109,666.75 | 7.00% | 3/21/2007 | 6/2/2010 | $21.03 | $24,586.38 |
| Payment | Date | Prin. Amount | Rate | FromDate | ToDate (today) | Per Diem | Int. Due |
| | | $86,282.00 | 7.00% | 7/18/2009 | 6/2/2010 | $16.55 | $5,278.57 |

Pursuant to O.C.G.A. §7-4-12.1

| | Principal | $195,948.75 | | |
|---|---|---|---|---|
| | Post-J Int. Gross | $29,864.95 | Int. Balance | |
| sheriff | 2/19/2010 | ($9,529.60) | $20,335.35 | |
| garnishment | 3/2/2010 | ($1,135.89) | $19,199.46 | |
| garnishment | 3/16/2010 | ($2,093.00) | $17,106.46 | |
| garnishment | 3/23/2010 | ($2,093.00) | $15,013.46 | |
| garnishment | 3/23/2010 | ($5,600.00) | $9,413.46 | |
| garnishment | 4/27/2010 | ($2,271.78) | $7,141.68 | |
| Defendant | 6/01/2010 | ($10,000.00) | $0.00 | $2,858.32 to principal |
| Defendant | 6/02/2010 | ($20,000.00) | $0.00 | $20,000.00 to oldest principal |
| | | | | $22,858.32 |
| | Post-J Int Net | $0.00 | | |
| | Costs | | | |

Case:        Sprinkle vs. Grund

*On Arrearages through 7/18/2009 only

Exhibit "B"