# EXHIBIT "C"

Filed in Office Aug-05-2010 15:11:56
ID# 2010-0128695-CV
Page 1

Jay C. Stephenson
Clerk of Superior Court Cobb County

### IN THE SUPERIOR COURT OF COBB COUNTY

### STATE OF GEORGIA

TRACY ANN SPRINKLE,

           Plaintiff,

vs.

JAY PHILLIP GRUND,

           Defendant.

CIVIL ACTION

FILE NO.: 08-1-2525-33

RELATED CASE:
05-1-10056-33

### ORDER FOR IMMEDIATE RELEASE FROM INCARCERATION

This Court entered an Amended Order on July 12, 2010 creating an active arrest warrant and ordering the incarceration of Jay Phillip Grund in the common jail of Cobb County, Georgia until he purges himself by his full compliance of the Amended Order by paying the full amount of Fifty Two Thousand Six Hundred Nine Dollars and Forty-Nine ($52,609.49) to the Sheriff of Cobb County, State of Georgia.

On August 5, 2010, Jay Phillip Grund purged himself and fully complied with the Amended Order by paying in cash the full amount of Fifty Two Thousand Six Hundred Nine Dollars and Forty-Nine ($52,609.49) to the Sheriff of Cobb County, State of Georgia as shown by the receipt, attached hereto as Exhibit "A".

~~As Jay Phillip Grund is no longer in contempt of the Amended Order,~~ The active arrest warrant is hereby cancelled immediately and Jay Phillip Grund is ordered to be immediately released from incarceration *instanter*.

IT IS SO ORDERED, this the 5th day of August, 2010 at 3:09 pm EDT.

Prepared by:

DOUGLAS J. DAVIS
Georgia State Bar No.: 207956
BELLI, WEIL, GROZBEAN & DAVIS, LLP
8300 Roswell Road, Suite 200
Atlanta, Georgia 30350
Telephone No.: (770) 993-3300

_____
JAMES G. BODIFORD
Judge, Cobb County Superior Court



**Cobb County Sheriff's Office**
185 Roswell Street
Marietta, Ga. 30090

**Payment Receipt**
No. 3939

770-499-4625

8/5/2010

**Received From:**

Grund, Jay Phillip

| Check # | Payment ... | Case/CSE # | Ref |
|---------|-------------|------------|-----|
|  | Cash |  | 8-499 |

| Description | Amount |
|-------------|--------|
| FIFA # 05-1-10056-33 Sprinkle vs Grund Related Case Child Support Case # 08-1-2525-33 Sprinkle vs Grund | 52,609.49 |

Received By: (Employee Signature and SOID) 0260202 _K_M_ SOOB    **Total**    $52,609.49
AE