Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Northern    District of Georgia

| | |
|---|---|
| *JAY PHILLIP GRUND* ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. |
| *JAMES G. BODIFORD, IN HIS INDIVIDUAL* ) | **1:10.CV-3394** |
| *CAPACITY AND OFFICIAL CAPACITY AS* ) | |
| *JUDGE OF THE SUPERIOR COURT OF COBB* ) | |
| *COUNTY, GEORG*Defendant*TRACY A. SPRINKLE* ) | |
| *F. MARIAN WEEKS AND JOHN H. WATSON* | |
| *DEFENDANTS* | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John H. Watson
1205 Johnson Ferry Road, Suite 136
Marietta, Georgia 30068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas J. Davis, Esq.
Belli, Weil, Grozbean & Davis, LLP
8010 Roswell Road, Suite 200
Atlanta, Georgia 30350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: ___ **2 0 OCT 2010** ___

_____
*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)*   John H. Watson

was received by me on *(date)*                      .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

_____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern     District of Georgia

JAY PHILLIP GRUND )
)
*Plaintiff* )
)
v. )   Civil Action No.
JAMES G. BODIFORD, IN HIS INDIVIDUAL )
CAPACITY AND OFFICIAL CAPACITY AS )
JUDGE OF THE SUPERIOR COURT OF COBB )   **1:10.CV-3394**
COUNTY, GEORGIA, *Defendant* TRACY A. SPRINKLE, )
F. MARIAN WEEKS AND JOHN H. WATSON )
DEFENDANTS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James G. Bodiford, individually
32 Waddell Street
Marietta, Georgia 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas J. Davis, Esq.
Belli, Weil, Grozbean & Davis, LLP
8010 Roswell Road, Suite 200
Atlanta, Georgia 30350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   **20 OCT 2010**

_____
*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)*   James G. Bodiford, individually

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Northern _____ District of Georgia _____

JAY PHILLIP GRUND
_____
*Plaintiff*

v.

JAMES G. BODIFORD, IN HIS INDIVIDUAL
CAPACITY AND OFFICIAL CAPACITY AS
JUDGE OF THE SUPERIOR COURT OF COBB
COUNTY, GEORGIA, *Defendant* TRACY A. SPRINKLE,
F. HARLAN WEEKS AND JOHN H. WATSON
### DEFENDANTS

Civil Action No.

**1:10.CV-3394**

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

James G. Bodiford, in his official capacity as Judge of the Superior Court of Cobb County
32 Waddell Street
Marietta, Georgia 30090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas J. Davis, Esq.
Belli, Weil, Grozbean & Davis, LLP
8010 Roswell Road, Suite 200
Atlanta, Georgia 30350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  **20 OCT 2010**

_____
*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)*   James G. Bodiford, in his official capacity

was received by me on *(date)*                              .

☐ I personally served the summons on the individual at *(place)*

                                                    on *(date)*                       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                         , a person of suitable age and discretion who resides there,

on *(date)*                      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                                    on *(date)*                     ; or

☐ I returned the summons unexecuted because                                        ; or

☐ Other *(specify)*:

My fees are $              for travel and $              for services, for a total of $              .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern     District of Georgia

_Jay Phillip Grund_
)
)
)
*Plaintiff*
)
)
v.
)     Civil Action No.
*James G. Bodiford, in his individual capacity and official capacity as Judge of the Superior Court of Cobb County, Georgia Defendant Tracy A. Sprinkle F Marian Weeks and John H. Watson*
)
)
)
)
)
**1:10.CV-3394**

*Defendants*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

F. Marian Weeks
367 Atlanta Street
Marietta, Georgia 30060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas J. Davis, Esq.
Belli, Weil, Grozbean & Davis, LLP
8010 Roswell Road, Suite 200
Atlanta, Georgia 30350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
*CLERK OF COURT*

Date: _____ **2 0 OCT 2010**

_____
*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)*   F. Marian Weeks

was received by me on *(date)*                                                        .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                        ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                             , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                        ; or

☐ I returned the summons unexecuted because                                                        ; or

☐ Other *(specify):*

My fees are $                     for travel and $                     for services, for a total of $                     .

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern ___ District of Georgia ___

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

*JAY PHILLIP GRUND* )
)
Plaintiff )
)
v. )
*JAMES G. BODIFORD, IN HIS INDIVIDUAL* )
*CAPACITY AND OFFICIAL CAPACITY AS* )
*JUDGE OF THE SUPERIOR COURT OF COBB* )
*COUNTY, GEORGIA,* Defendant *TRACY A. SPRINKLE,* )
*F. MARIAN WEEKS AND JOHN H. WATSON* )
*DEFENDANTS*

Civil Action No.

**1:10 CV-3394**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tracey A. Sprinkle
1686 Hollander Court
Marietta, Georgia 30066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas J. Davis, Esq.
Belli, Weil, Grozbean & Davis, LLP
8010 Roswell Road, Suite 200
Atlanta, Georgia 30350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: ___ **2 0 OCT 2010** ___

_____
*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)*  **Tracey A. Sprinkle**

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: