## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JAY PHILLIP GRUND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION |
| | § | |
| JAMES G. BODIFORD, *individually and* | § | FILE NO.: 1:10-CV-3394 |
| *in his official capacity as Judge of the* | § | |
| *Superior Court of Cobb County, Georgia* | § | |
| TRACEY A. SPRINKLE, | § | |
| F. MARIAN WEEKS, | § | |
| AND JOHN H. WATSON, | § | |
| | § | |
| Defendants. | § | |
| | § | |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, pursuant to Federal Rules of Civil Procedure 41(a)(1), and, prior to service of either an answer or motion for summary judgment by an opposing party, files this, his notice of voluntary dismissal of the above action without prejudice.

Respectfully submitted, this the 23rd day of November, 2010.

s/ Douglas J. Davis
DOUGLAS J. DAVIS
Georgia State Bar No.: 207950

s/ Peter A. Rivner
PETER A. RIVNER

1

Georgia State Bar No.: 708970

s/ Bryan J. Rush
BRYAN J. RUSH
Georgia State Bar No.: 201097

BELLI, WEIL, GROZBEAN & DAVIS, LLP
Attorneys for Plaintiff
8010 Roswell Road, Suite 200
Atlanta, Georgia 30350
Telephone No.: (770) 993-3300
Facsimile No.: (770) 552-0100
E-mail: rivner@bwgd.com
Attorneys for Plaintiff

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

This the 23rd day of November, 2010.

s/ Peter A. Rivner
PETER A. RIVNER
Georgia State Bar No.: 708970

BELLI, WEIL, GROZBEAN & DAVIS, LLP
Attorneys for Plaintiff
8010 Roswell Road, Suite 200
Atlanta, Georgia 30350
Telephone No.: (770) 993-3300
Facsimile No.: (770) 552-0100
E-mail: rivner@bwgd.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, I electronically filed Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John R. Hunt, Esq.

Michelle J. Hirsch, Esq.

John H. Watson, Esq.

This the 23rd day of November, 2010.

s/ Peter A. Rivner
PETER A. RIVNER
Georgia State Bar No.: 708970

BELLI, WEIL, GROZBEAN & DAVIS, LLP
Attorneys for Plaintiff
8010 Roswell Road, Suite 200
Atlanta, Georgia 30350
Telephone No.: (770) 993-3300
Facsimile No.: (770) 552-0100
E-mail: rivner@bwgd.com

4